DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**LUCINDA JEFFERSON,**
Appellant,

v.

**PALM TRAN TRANSPORT,**
Appellee.

No. 4D14-2054

[April 29, 2015]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Donald Hafele, Judge; L.T. Case No. 2012CA002091.

Lucinda Jefferson, West Palm Beach, pro se.

Paul F. King, West Palm Beach, for appellee.

PER CURIAM.

*Affirmed. See Applegate v. Barnett Bank of Tallahassee*, 377 So. 2d 1150 (Fla. 1980).

WARNER, GROSS and FORST, JJ., concur.

\*        \*        \*

***Not final until disposition of timely filed motion for rehearing.***